NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACTIVEVIDEO NETWORKS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC., AND VERIZON SOUTH INC.,**
*Defendants-Appellants.*

---

2011-1538, -1567

---

Appeals from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0248, Judge Raymond A. Jackson.

---

## ON MOTION

---

## ORDER

Verizon Communications, Inc., et al. move without opposition for a continuance of the deadlines set by the Federal Rules of Appellate Procedure and the rules of this court to dates triggered by the earlier of the docketing of any amended notice of appeal by Verizon or thirty days

after the entry of the order disposing of the last remaining motions before the district court. The parties have filed post-trial motions for judgment under Federal Rule of Civil Procedure 50(b), for a new trial under Rule 59, and for a permanent injunction. Because these motions remain pending before the district court, we deactivate the appeal.

Accordingly,

IT IS ORDERED THAT:

Pursuant to Fed. R. App. P. 4(a)(4), these appeals are deactivated. The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion. The parties should promptly inform this court when all motions are decided.

FOR THE COURT

SEP 3 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael J. Lyons, Esq.
Michael K. Kellogg, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2011

JAN HORBALY
CLERK